UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WALTER BUCKINGHAM,

                              Plaintiff,

v.                                               **ORDER DESIGNATING MEDIATOR**

LEWIS GENERAL TIRES, INC.,                 13-CV-6264L

                              Defendant.

---

       The parties having failed to select a mediator by the deadline set in this Court's Referral Order of October 9, 2013 (Item # 11),

       **IT IS HEREBY ORDERED** that PATRICK J. SOLOMON will serve as Mediator for this action.

**IT IS SO ORDERED.**

                                             *Marion W. Payson*
                                        MARION W. PAYSON
                                        United States Magistrate Judge

Dated: Rochester, New York
       November 21, 2013