UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WALTER BUCKINGHAM,

    Plaintiff,

v.

LEWIS GENERAL TIRES, INC.,

    Defendant.

---

MOTION SCHEDULING ORDER

13-CV-6264W

A motion to dismiss (# 75) having been filed on February 24, 2016, by defendant in the above-captioned case, it is hereby

ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **March 25, 2016, with a courtesy copy of such filing to be provided to the Court**; and it is further

ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7 and 5.1 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that upon the filing of any responsive papers, the Court will take the motion under advisement and schedule oral argument at its convenience, if necessary.

**IT IS SO ORDERED.**

                                                  MARIAN W. PAYSON
                                                United States Magistrate Judge

Dated: Rochester, New York
        March 3, 2016