**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED

JUN -1 2016

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 07/07 WDNY

**WALTER BUCKINGHAM**

_____

_____

Name(s) of Plaintiff or Plaintiffs

-vs-
**LEWIS GENERAL TIRES, INC.**

_____

_____

Name of Defendant or Defendants

**Jury Trial Demanded: Yes  X   No____**

**DISCRIMINATION COMPLAINT**

___ 13 ___ -CV- __6264L__

**AMENDED**

You should attach a copy of your **original  Equal Employment Opportunity Commission
(EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND**
a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint.  Failure to do
so may delay your case.

**Note:**  *Only those grounds raised in the charge filed with the Equal Employment Opportunity
Commission can be considered by the federal district court under the federal
employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that
apply)*:

  _X_   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17
(amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race,
color, gender, religion, national origin).
> **NOTE**:  In order to bring suit in federal district court under Title
> VII, you **must first obtain a right to sue letter** from the Equal
> Employment Opportunity Commission.

  _____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634
(amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of
1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE**:  In order to bring suit in federal district court under the Age
> Discrimination in Employment Act, you **must first file charges** with the
> Equal Employment Opportunity Commission.

  _____   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117
(amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE**:  In order to bring suit in federal district court under the Americans
> with Disabilities Act, you **must first obtain a right to sue letter** from the
> Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the
aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be
appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of
1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.   My address is:   16 ELK STREET _____
     ROCHESTER NEW YORK 14615 _____

     _____

     _My telephone number is:_ (585) 254-7917 _____

2.   The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

     Name: LEWIS GENERAL TIRES, INC. _____

     Number of employees: _____

     Address: 3870 WEST HENRiETTA ROAD _____
     ROCHESTER NEW YORK 14623 _____

     _____

3.   (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

     Name: _____

     Address: _____

     _____

     _____

## CLAIMS

4.   I was first employed by the defendant on (date): JULY 6, 2010 _____

5.   As nearly as possible, the date when the first alleged discriminatory act occurred is: April 13, 2012, after I heard people making racial slurs on March 29, 2012.

6.   As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did):   March 31,2012;  April 12,13, 18, 26, 30, 2012;  May 16, 18, 2012.

7.   I believe that the defendant(s)

   a.  X       Are still committing these acts against me.
   b. _____    Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above)   The last discriminatory act *against me occurred on (date)* _____

8.   (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is
   June 6, 2012
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state):  ROCHESTER , NEW YORK

   The Complaint Number was:  CASE NO. 10155732

9.   The New York State Human Rights Commission did ____ X ____ /did not _____
   issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10.  The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is:   December 19, 2012

11.  The Equal Employment Opportunity Commission did ____ X ____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12.  *The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on:* March 18, 2013 _____. (**NOTE:** If it

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

a. _____ Failure to provide me with reasonable accommodations to the application process

b. _____ Failure to employ me

c. __X__ Termination of my employment

d. _____ Failure to promote me

e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____ Harassment on the basis of my sex

g. _____ Harassment on the basis of unequal terms and conditions of my employment

h. __X__ Retaliation because I complained about discrimination or harassment directed toward me

i. _____ Retaliation because I complained about discrimination or harassment directed toward others

j. __X__ Other actions (please describe) Breach of contract.- discriminated against me Because of my race and color I'm an Black African-American male.- I heard two white males, saying we do not need any blacks working for our company.

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. __X__ Race

b. __X__ Color

c. _____ Sex

d. _____ Religion

e. _____ National Origin

f. _____ Sexual Harassment

g. _____ Age
_____ Date of birth

h. ____ Disability
Are you incorrectly perceived as being disabled by your employer?
____ yes ____ no

15. I believe that I was __X__/was not _____ **intentionally** discriminated against by the defendant(s).

16.   I believe that the defendant(s) is/are __X__ is not/are not _____ still committing these acts
       against me. (If you answer is that the acts are not still being committed, state when:
       _____ and why the defendant(s) stopped committing these acts against
       you: _____
       _____

17.   **A copy of the charge to the Equal Employment Opportunity Commission is attached
       to this complaint and is submitted as a brief statement of the facts of my claim.**
       (**NOTE**: You **must** attach a copy of the **original complaint** you filed with the Equal
       Employment Opportunity Commission and a copy of the **Equal Employment
       Opportunity Commission affidavit** to this complaint; failure to do so will delay
       initiation of your case.)

18.   The Equal Employment Opportunity Commission *(check one)*:
       _____ **has not** issued a Right to sue letter
       __X__ **has** issued a Right to sue letter, which I received on __March 18, 2013__

19.   State here as briefly as possible the *facts* of your case.  Describe how each defendant is
       involved, including *dates* and *places*.  Do not give any legal arguments or cite any cases
       or statutes.  If you intend to allege a number of related claims, number and set forth each
       claim in a separate paragraph. *(Use as much space as you need.  Attach extra sheets if
       necessary.)*

(1).On March 29, 2012. I heard people making racial slurs while on  my job, at Lewis General Tires, Inc.
Located at 3870 west Henrietta Road, Rochester, NY 14623. I overheard two white males, while I was
In the rest room stall in the commercial department, make the following racial slurs, "We do not need
any blacks working for our company.
(2).On May 16, 2012, I was the only black African-American employee, working for Lewis General Tires, Inc.
I was told that I was laid off, because they stated that they didn't have any work for me to do, but Craig
Lewis have posted hiring ads on craigslist for an tire technician position before May 16, 2012 and After.
(3). On May 18, 2012  Lewis General Tires, Inc. indicated that I was terminated not laid off. It was apparent
To me that Lewis General Tires, Inc., discriminated against me, due to hiring caucasians to fill my job
Position with less experience or no experience at all.        See Attachment:  (4) breach of contract

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20.   Since filing my charge of age discrimination with the Equal Employment Opportunity
       Commission regarding defendant's alleged discriminatory conduct
       _____ 60 days or more have elapsed        _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21.   I first disclosed my disability to my employer (or my employer first became aware of my
       disability on _____

22.   The date on which I first asked my employer for reasonable accommodation of my disability is _____

23.   The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
_____
_____

24.   The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE,** I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: May 31, 2016                    Walter Buckingham

Plaintiff's Signature

## ATTACHMENT SHEET

19. State here as briefly as possible the facts of your case. Describe how each
    defendant is involved, including dates and places. Do not give any legal
    arguments or cite any cases or statutes. If you intend to allege a number of
    related claims, number and set forth each claim in a separate paragraph. (Use as
    much space as you need. Attach extra sheets if necessary.) □

(4).  Breach of Contract:

   On April 18, 2012, Lewis General Tires, Inc. held a meeting with I, Walter
   Buckingham, (Treasurer Controller) Manny D' Ambrosio, (Owners) Craig Lewis
   and Richard Lewis. In this meeting there was a contract signed by all of us. The
   contract stated that Walter is expected to return to work Saturdays on June 2,
   2012. The Breach of Contract is that they intentionally failed to abide by the
   signed contract by terminating my employment on May 16, 2012.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Walter Buckingham<br>16 Elk Street<br>Rochester, NY 14615 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2012-03497 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_signature_   March 15, 2013

Enclosures(s)

Kevin J. Berry,
District Director

(Date Mailed)

cc:

LEWIS GENERAL TIRE, INC.
Attn: Director of Human Resources
3870 West Henrietta Road
Rochester, NY 14623