UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

WALTER BUCKINGHAM,

           Plaintiff,
v.                                                                                  Docket Number:
                                                                         6:13-CV-06264EAW-MWP

LEWIS GENERAL TIRES, INC.,                                      **NOTICE OF MOTION**

           Defendant.
_____

| | |
|---|---|
| **MOTION BY:** | Defendant, LEWIS GENERAL TIRES, INC., by its attorneys, ROACH, BROWN, McCARTHY & GRUBER, P.C. |
| **DATE, TIME & PLACE OF HEARING:** | **To be determined by the Court, if necessary.** |
| **SUPPORTING PAPERS:** | Affidavit of Mark R. Affronti, Esq., Memorandum of Law, and Reply papers if directed by the Court. |
| **RELIEF REQUESTED:** | An Order of the Court dismissing this action and for such other and further relief as the Court deems just and proper. |
| **GROUNDS FOR RELIEF:** | Fed. R. Civ. P. ("Rule") 37. |

Dated: May 16, 2017

                                      **ROACH, BROWN, McCARTHY & GRUBER, P.C.**

                                      By     /s/ Mark R. Affronti
                                              Mark R. Affronti, Esq.

                                      *Attorneys for Defendant*
                                      LEWIS GENERAL TIRES, INC.

                                          1920 Liberty Building
                                          Buffalo, New York   14202
                                          Telephone No.:   (716) 852-0400
                                          maffronti@roachbrown.com

TO:    **Walter Buckingham, Pro Se**
          16 Elk Street
          Rochester, New York 14615