UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Form 1

WALTER BUCKINGHAM                    ,

         Plaintiff,

v.

LEWIS GENERAL TIRES, INC.,          ,

         Defendant(s).

NOTICE OF APPEAL

__6:13__ -CV- __06264__

FILED APR 15 2019 MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

    Notice is hereby given that _____Walter Buckingham_____ [*print your name*], _____Plaintiff_____ [*identify yourself as plaintiff or defendant in the district court action*] in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from __X__ all _____ part [*check one*] of the decision of this Court entered on ___March 27___, 20_19_.

    [*Complete the next section only if you are not appealing the whole order.*] I am appealing from the part of the order which _____

_____

Dated: __April 15__, 20_19_

                                        */s/ Walter Buckingham*
                                             Signature

                                            Walter Buckingham
                                            *Print Your Name*
                                            **Appearing Pro Se**

        Address:   16 Elk Street

                      Rochester New York

      Telephone:  (585) 254-7917